CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 6 2010

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNA TURNER, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 7:09CV00417 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant | ) |

## CONSENT ORDER TO EXTEND BRIEFING SCHEDULE

Upon motion of the plaintiff, and by consent of defendant, it is herby ORDERED that the summary judgment briefing schedule established in the Court's November 03, 2009, Scheduling Order is hereby enlarged such that plaintiff's brief, and any objections to the record, are due on March 01, 2010. Defendant's brief is due on March 31, 2010. Plaintiff's reply brief is due April 09, 2010.

Entered this 26th day of January, 2010.

_____
Judge

WE ASK FOR THIS:

s/ Amna Arshad
Walter L. Williams (VSB No. 39037)
Amna Arshad (VSB No. 74637)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102
(703) 245-9300
(703) 245-9301 (facsimile)

Counsel for defendant

s/ Michael A. Cleary
Michael A. Cleary (VSB No. 19989)
4913 Brambleton Avenue
P. O. Box 21805
Roanoke, VA 24018
(540) 345-8344
(540 345-8361 (facsimile)

Counsel for plaintiff