IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
APR 08 2010
BY: JOHN F. CORCORAN, CLERK
/s/ DEPUTY CLERK

| | |
|---|---|
| DONNA TURNER, | ) |
| Plaintiff, | ) Civil Action No. 7:09cv00417 |
| v. | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) By: Hon. Michael F. Urbanski<br>) United States Magistrate Judge |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the court on the parties' joint stipulation of dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly

**ADJUDGED and ORDERED**

that this case shall be, and it hereby is, dismissed with prejudice, and stricken from the docket of this court. Each party is to bear its own costs and fees.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER this 8th day of April, 2010.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge